441 A.2d 456

Commonwealth v. Williams, Appellant.

Submitted December 5, 1980. Elaine De-Masse, Assistant Public Defender, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

Judgment of sentence dated October 4, 1979 is affirmed.

BROSKY, J., filed a memorandum concurring opinion.

441 A.2d 456

Commonwealth v. Zarzycki, Appellant.
Petition for Allowance of Appeal Denied May 26, 1982.

Submitted December 5, 1980. Herbert V. Giobbi, for appellant; Donald Corriere, District Attorney, for Commonwealth, appellee.

Before BROSKY, JOHNSON and POPOVICH, JJ.

The judgment of sentence is affirmed on the comprehensive opinion of the lower court en banc.